# First District Court of Appeal
## State of Florida

_____

No. 1D18-82
_____

BRIDGET HERNDON, as Personal
Representative of the Estate of
MICHAEL VINCENT LOWMAN,

    Appellant,

    v.

ADVENT CHRISTIAN VILLAGE,
INC., a Florida corporation,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

November 28, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


D. Andrew Vloedman of Perry, Vloedman & Brady, Gainesville, for Appellant.

Philip F. Moring and Rafael E. Martinez of McEwan, Martinez, Dukes & Hall, P.A., Orlando, for Appellee.